**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RICHARD DENSON,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

_____/

2:15-cv-01473-APG-PAL

**ORDER**

    In this habeas corpus action, brought by Nevada prisoner Richard Denson, the respondents were to file an answer or other response to Denson's habeas petition by April 20, 2016. *See* Order entered January 20, 2016 (ECF No. 12) (90 days for answer or other response). On April 22, 2016, the court extended that deadline by 61 days, to June 20, 2016. *See* Order entered April 22, 2016 (ECF No. 15).

    On June 9, 2016, respondents filed a motion for extension of time (ECF No. 16), requesting a second extension of time, this one 60 days, to Friday, August 19, 2016. Respondents' counsel states that the extension of time is necessary because she missed work for medical reasons, and because of her obligations in other cases. The court finds that respondents' motion for an extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the requested extension of time. The court will grant the second extension of time as requested. However, in view

of the time respondents will have had to file their response to the habeas petition, the court will not look favorably upon any further motion to extend this deadline.

**IT IS THEREFORE ORDERED** that respondents' Motion for Extension of Time (ECF No. 16) is **GRANTED**. Respondents shall have until and including **August 19, 2016**, to answer or otherwise respond to the petition for writ of habeas corpus in this case (ECF No. 4).

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 20, 2016 (ECF No. 12) shall remain in effect.

Dated this 10th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE