# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD DENSON,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

_____/

2:15-cv-01473-APG-PAL

**ORDER**

    In this habeas corpus action, brought by Nevada prisoner Richard Denson, the respondents were originally granted 90 days, to April 20, 2016, to file an answer or other response to Denson's habeas petition. *See* Order entered January 20, 2016 (ECF No. 12). On April 22, 2016, the court extended that deadline by 61 days, to June 20, 2016; on June 10, 2016, the court extended that deadline by another 60 days, to August 19, 2016; and on August 22, 2016, the court extended that deadline by another 31 days, to September 19, 2016. *See* Order entered April 22, 2016 (ECF No. 15); Order entered June 10, 2016 (ECF No. 17); Order entered August 22, 2016 (ECF No. 19).

    On September 19, 2016, respondents filed a motion for extension of time (ECF No. 16), requesting yet a fourth extension of time, this one 60 days, to November 18, 2016. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases.

    When the court granted the third extension of time, the court stated in the order, with emphasis, that the court would not be inclined to further extend this deadline. *See* Order entered

1   August 22, 2016 (ECF No. 19), p. 2, lines 3-4.  Respondents' counsel makes no mention of that

2   warning in her fourth motion for extension of time.  Furthermore, the court notes that this fourth

3   motion for extension of time actually requests an extension of time twice as long as the third

4   extension.

5         The court will grant respondents a fourth extension of time, in the interests of justice, but not

6   for the full 60 days requested.  *And, the court will not further extend this deadline absent a showing*

7   *of extraordinary circumstances*.

8         **IT IS THEREFORE ORDERED** that respondents' Motion for Extension of Time (ECF

9   No. 20) is **GRANTED IN PART AND DENIED IN PART**.  Respondents shall have until and

10  including **November 4, 2016**, to answer or otherwise respond to the petition for writ of habeas

11  corpus in this case (ECF No. 4).

12        **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further

13  proceedings set forth in the order entered January 20, 2016 (ECF No. 12) shall remain in effect.

14        Dated: September 20, 2016.

                                                UNITED STATES DISTRICT JUDGE