UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD DENSON,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:15-cv-01473-APG-PAL

**ORDER**

In this habeas corpus action, brought *pro se* by Nevada prisoner Richard Denson, Denson is due to file an amended petition for writ of habeas corpus by March 28, 2017. *See* Order entered January 26, 2017 (ECF No. 24).

On March 17, 2017, Denson filed a motion for extension of time (ECF No. 26), requesting that the time for him to file an amended petition be extended by 60 days. The court finds that Denson's request is made in good faith, and not solely for the purpose of delay, and that there is good cause for the extension of time he requests. The court will grant Denson a 63-day extension of time, to May 30, 2017 (May 27 is a Saturday; Monday, May 29, is a holiday).

Denson is cautioned, however: *the court will not be inclined to further extend this deadline*.

**IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (ECF No. 26) is **GRANTED**. Petitioner will have until and including **May 30, 2017**, to file an amended petition for writ of habeas corpus pursuant to the Order entered January 26, 2017 (ECF No. 24).

Dated: March 21, 2017.

_____
UNITED STATES DISTRICT JUDGE