# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD DENSON,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

2:15-cv-01473-APG-PAL

**ORDER**

In this habeas corpus action, the *pro se* petitioner, Nevada prisoner Richard Denson, filed an amended petition for writ of habeas corpus on May 25, 2017 (ECF No. 29). Respondents were then due to respond to Denson's amended petition by July 31, 2017. *See* Order entered May 31, 2017 (ECF No. 31) (60 days from May 31, 2017, for response).

On July 31, 2017, respondents filed a motion for extension of time (ECF No. 35), requesting that the time for their response to the amended petition be extended to September 28, 2017, an extension of 59 days. Respondents' counsel states that the extension is necessary because of his obligations in other cases. The Court finds that respondents' request is made in good faith, and not solely for the purpose of delay, and that there is good cause for the extension of time they request. The Court will grant respondents the 59-day extension of time, to September 28, 2017.

Respondents are cautioned, however: *the Court will not further extend this deadline absent extraordinary circumstances.*

**IT IS THEREFORE ORDERED** that respondents' motion for extension of time (ECF No. 35) is **GRANTED**. Respondents will have until and including **September 28, 2017**, to file a response to the amended petition for writ of habeas corpus. In all other respects, the schedule set forth in the order entered May 31, 2017 (ECF No. 31) shall remain in effect.

Dated: August 1, 2017.

_____
UNITED STATES DISTRICT JUDGE